UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JENNIFER McGINITY,

    Plaintiff,

vs.                                           CASE NO.: 6:13-cv-01214-ACC-KRS

TRACFONE WIRELESS INC., d/b/a NET10 WIRELESS,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JENNIFER McGINITY, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, JENNIFER McGINITY, and Defendant, TRACFONE WIRELESS INC., d/b/a NET10 WIRELESS, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 23, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to the following CM/ECF participants: aweiss@carltonfields.com; akaufman@carltonfields.com, and ramudo@carltonfields.com..

2

**I FURTHER CERTIFY** that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: NONE

Respectfully submitted,

*s/William Peerce Howard*
William Peerce Howard, Esq.
Florida Bar No.: 0103330
Attorney for Plaintiff
Morgan & Morgan, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
WHoward@ForThePeople.com