**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JENNIFER MCGINITY,

       Plaintiff,

v.                                          Case No:   6:13-cv-1214-Orl-22KRS

TRACFONE WIRELESS, INC.,

       Defendant.

**ORDER OF DISMISSAL**

The Court has been advised by Plaintiff that the parties have reached a settlement (Doc. No. 54). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 24, 2014.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties